

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email: mburke@hwb-lawfirm.com

October 10, 2024

Honorable Judith C. McCarthy
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Mout'z Soudani*
      24 CR 555 (CS)(JCM)

Dear Judge McCarthy:

    I am writing to respectfully request an extension until October 18, 2024 to allow Mr. Soudani to meet the only remaining bail condition that was set at his arraignment on September 24, 2024. Mr. Soudani has surrendered his passport, posted $100,000 cash, has further secured $800,000 through a Confession of Judgment with the Orange County Clerk that was filed earlier today. The last component is regarding a financially responsible person has not yet been completed but we are still speaking with financially responsible people to complete that remaining outstanding component. In addition, I was out of the country from October 2, 2024 to October 8, 2024 so was unable to assist with this remaining condition.

    I have reached out to the United States Attorney's Office and they have consented to this request.

    Thank you for your consideration.

Respectfully,

*Michael K. Burke*
MICHAEL K. BURKE