U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 29, 2024

**BY ECF AND EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Mout'z Soudani**, 24 Cr. 555 (CS)

Dear Judge Seibel:

    The Government respectfully writes, after conferring with the Court's chambers and defense counsel, to request that the bail hearing in this case be adjourned from October 31, 2024 at 2:30 p.m. to November 1, 2024 at 4:00 p.m. Time in this case is already excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through November 18, 2024. (*See* Minute Entry dated Sept. 24, 2024).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/
    Jane Kim /Catherine Ghosh /Jared Hoffman
    Assistant United States Attorneys
    (212) 637-2038 / -2198 / (914) 993-1928

cc:    Defense Counsel (by Email and ECF)
    Pretrial Services Officer Shannon Finneran (by Email)