SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,                        24 CR 555 (CS)

**NOTICE OF MOTION**

    -against-

MOUT'Z SOUDANI,

                                          Defendant.

------------------------------------------------------------------------x

| | |
|---|---|
| MOTION ON BEHALF OF: | MOUT'Z SOUDANI |
| DATE, TIME, PLACE OF MOTION: | Honorable Cathy Seibel<br>United States District Judge<br>United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601<br><br><u>Pursuant to Court Order:</u><br>Defendant shall file his motion by July 14, 2025<br>Plaintiff shall file their opposition by August 18, 2025<br>Defendant shall serve his Reply by September 5, 2025 |
| SUPPORTING PAPERS: | Memorandum of Law |
| RELIEF SOUGHT: | Dismissal of Complaint pursuant to Rule 12(b)(6) |

Dated:  White Plains, New York
         July 14, 2025

                                                   *Michael K. Burke*
                                                   Michael K. Burke, Esq.
                                                   Saad Siddiqui, Esq.
                                                   Hodges, Walsh & Burke, LLP
                                                   *Attorneys for Defendant Soudani*
                                                   55 Church Street, Suite 211
                                                   White Plains, NY 10601
                                                   (914) 385-6000
                                                   mburke@hwb-lawfirm.com